AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 10150108

United States of America
v.
**VINCENT CHERRY**

Defendant

)
)
)
)
)
)

Case No. 21-CR-199 (TJK)

RECEIVED
By USMS District of Columbia District Court at 2:27 pm, Oct 01, 2024

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   **VINCENT CHERRY**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☑ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached petition.

Date: 10/01/2024

City and state:   Washington, DC

Date: 2024.10.01 14:15:39 -04'00'
*Issuing officer's signature*

K. Harris, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on (date) 10-01-24, and the person was arrested on (date) 10-07-24
at (city and state) ALEXANDRIA, VA.

Date: 10-07-24

*Arresting officer's signature*

JAMES BARNES
*Printed name and title*